**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

For:   __X__   Debtor
       _____   Attorney
       _____   Creditor

*If joint case, please check the appropriate line as set out below:*

New address is for:            _____   Husband and Wife
                               _____   Husband Only
                               _____   Wife Only

*[If applicable]*    Case Name:    James Parks

*[If applicable]*    Case Number:  11-32236-KRH

New Address: 4001 Rives Road

   City: S. Prince George    State: VA    Zip Code: 23805

Old Address: 4413 Tavern Road

   City: Disputanta    State: VA    Zip Code: 23842

New Telephone Number:

/s/ Amanda E. DeBerry VSB 83805

| | |
|---|---|
| Laura Taylor Alridge (VSB #42549) | Boleman Law Firm, P.C. |
| G. Russell Boleman III (VSB #32484) | P. O. Box 11588 |
| John R. Bollinger (VSB #46672) | Richmond, VA 23230-1588 |
| Veronica D. Brown-Moseley (VSB #87348) | Telephone (804) 358-9900 |
| Sarah R. Clarson (VSB #78953) | Counsel for Debtor(s) |
| Linda W. Coppinger (VSB #19612) | |
| Amanda E. DeBerry (VSB #83805) | |
| Emily C. Fort (VSB #83889) | |
| Angela M. Haen (VSB # 82173) | |
| Matthew R. Hahne (VSB #68213) | |
| Patrick T. Keith (VSB #48446) | |
| Jennifer T. Langley (VSB #81454) | |
| Mark C. Leffler (VSB #40712) | |
| Stephen F. Relyea (VSB #77236) | |
| Barry W. Spear (VSB #39152) | |
| Christina P. Spratley (VSB #78906) | |

Date: August 18, 2015
cc:    Trustee, United States Trustee